IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC..        Civil Action No.  07-CV-8758

    Plaintiff,

**Rule 7.1 Statement**

DELLAVALL BALLROOM, INC.
d/b/a SAVOY
and LOIS S. GREEN

    Defendants,

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: October 5, 2007
                                                Signature of Attorney
                                                Paul J. Hooten, Esq.
                                                Attorney Bar Code: PJH9510