UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

               Plaintiff                        Index # 07-CV-8758

   -against-

DELLAVALL BALLROOM, INC.
d/b/a SAVOY
and LOIS S. GREENE                  **CERTIFICATE OF SERVICE**

              Defendants
----------------------------------------------X

On the 27th day of November, 2007, deponent notified the defendants of the Notice of Conference and Civil Case Management Plan, by depositing a true and correct copy thereof in a postage prepaid envelope, via first class mail of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address:

Dellavall Ballroom, Inc.
d/b/a Savoy
1253 Jerome Avenue
Bronx, NY  10452

Lois S. Greene
18 Barnaby Lane
Hartsdale, NY 10530


Dated: November 27, 2007        By:  /s/ Lucille Eichler
                                                     Lucille Eichler
                                                     The Law Firm of Paul J. Hooten
                                                     5505 Nesconset Hwy., - Ste 203
                                                     Mt. Sinai, New York 11766