UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

J&J SPORTS PRODUCTIONS, INC.

                              Plaintiff,

       -against-

DELLAVALL BALLROOM, INC. d/b/a SAVOY
and LOIS GREEN,

                              Defendants.

-------------------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07-CV-8758

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DELLAVALL BALLROOM, INC., (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None.

Dated: November 29, 2007
       White Plains, New York

                            McCARTHY FINGAR LLP

                            By:_____S_____
                            Phillip C. Landrigan
                            Attorneys for Defendants
                            11 Martine Avenue, 12th Floor
                            White Plains, NY 10606
                            (914) 946-3700

{00052509.DOC.}