UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
      Plaintiff,      Index # 07-CV-8758

 -against-

               **CERTIFICATE OF SERVICE**

DELLAVALL BALLROOM, INC.
d/b/a SAVOY
and LOIS S. GREEN
      Defendants,
_____

  I certify that a copy of Plaintiff's Request for Admissions of Fact was sent via the U.S. Postal Service within the State of New York, First Class Mail, via facsimile, and electronic mailing addressed to the following on January 21, 2008:

To: Lois Green
   c/o Phillip C. Landrigan, Esquire
   Attorney for Defendants
   11 Martine Avenue, 12th Floor
   White Plains, NY 10606


        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766