UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.

                Plaintiff,                      Index # 07-CV-8758

    -against-

                                          **CERTIFICATE OF SERVICE**

DELLAVALL BALLROOM, INC.
d/b/a SAVOY
and LOIS S. GREEN
                Defendants,
_____

      I certify that a copy of Plaintiff's First Set Of Interrogatories To Defendant was sent via the U.S. Postal Service within the State of New York, First Class Mail, via facsimile, and electronic mailing  addressed to the following on January 21, 2008:

To:    Lois Green
         c/o Phillip C. Landrigan, Esquire
         Attorney for Defendants
         11 Martine Avenue, 12th Floor
         White Plains, NY 10606


                              By:    /s/ Lucille Eichler
                                      Lucille Eichler
                                      Paul J. Hooten & Associates
                                      5505 Nesconset Highway, Suite 203
                                      Mt. Sinai, NY 11766