UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 07-CV-8758

   -against-

                                      **CERTIFICATE OF SERVICE**

DELLAVALL BALLROOM, INC.
d/b/a SAVOY
and LOIS S. GREEN
                Defendants,
_____

      I certify that a copy of Plaintiff's First Request For The Production Of Documents And Things To Defendant was sent via the U.S. Postal Service within the State of New York, First Class Mail, via facsimile, and electronic mailing addressed to the following on January 21, 2008:

To:    Lois Green
        c/o Phillip C. Landrigan, Esquire
        Attorney for Defendants
        11 Martine Avenue, 12th Floor
        White Plains, NY 10606

                                      /S/ Lucille Eichler
                                      Lucille Eichler
                                      Paul J. Hooten & Associates
                                      5505 Nesconset Highway, Suite 203
                                      Mt. Sinai, NY 11766