

# McCarthy Fingar LLP
### Counselors at Law

11 Martine Avenue, 12th Floor
White Plains, NY 10606-1934
Phone : 914-946-3700   Fax : 914-946-0134
E-mail : info@mccarthyfingar.com
Web :   www.mccarthyfingar.com

Direct Line: 914-385-1030
E-Mail: plandrigan@mccarthyfingar.com

June 16, 2008

**Via Electronic Filing**
Hon. Gerard E. Lynch, USDJ
United States Courthouse
Southern District of New York
500 Pearl Street, Room 910
New York, NY   10007

        Re:    **J&J Sports Productions, Inc. v.**
                   **Dellavall Ballroom, Inc., et al.**
                   **Docket No.   07-CV-8758**

Dear Judge Lynch:

    We represent Lois Green in this action alleging commercial piracy of a cable broadcast.

    As the court is aware, the defendant had attempted settlement of this matter before costly discovery made by her prior to the last conference on May 23, 2008.  Based on discussions prompted by Your Honor at that time, the plaintiff has accepted an offer of $500.00 to dismiss all claims.

    In view of the settlement, we respectfully request that the conference scheduled for June 20, 2008 be adjourned for 30 days so the Stipulation of Dismissal can be finalized.  The cost to our client in having us attend that conference would exceed the settlement figure.

                                  Respectfully Submitted,

                                  Phillip C. Landrigan

PCL/km

{00075904.DOC.}