UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                           Plaintiff,                      INDEX NO. 07-CV 8758

    -against-

**DELLAVALL BALLROOM**                    NOTICE OF SETTLEMENT
d/b/a SAVOY                                       AND ADMINISTRATIVE
and **LOIS S. GREEN**                      DISMISSAL

                          Defendant,
---------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Plaintiff **J & J SPORTS PRODUCTIONS, INC.**, (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

      This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed June 30, 2008. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiff will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules

of Civil Procedure.

Dated: June 20, 2008                By:   /s/ Paul J. Hooten
      Mt. Sinai, New York              Paul J. Hooten, Esquire
                                                   Attorney for Plaintiff
                                                 5505 Nesconset Highway, Suite 203
                                                 Mt Sinai, NY 11766
                                                 Telephone : (631) 331-0547
                                                 Facsimile: (631) 331-2627


**SO ORDERED** this _____day of _____, 2008



_____
**HON. GERARD E. LYNCH**
**UNITED STATES DISTRICT JUDGE**


## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Phillip C. Landrigan, Esquire
Attorney for Defendants
11 Martine Avenue
White Plains, NY 10606

via United States Postal Service, postage prepaid on the 20th day of June, 2008

                                                 /s/ Paul J. Hooten
                                                 Paul J. Hooten