UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
J&J SPORTS PRODUCTION, INC., :
:
                Plaintiff, :
: 07 CV 8758 (GEL)
   -against- :
: **ORDER**
DELLAVALL BALLROOM INC., :
d/b/a SABORY and LOIS S. GREEN, :
:
                Defendant. :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       June 20, 2008

                                                         GERARD E. LYNCH
                                                    United States District Judge